# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 BY A PERSON IN STATE CUSTODY

Alex Morales #140662, Petitioner,
Full Name and Prisoner Number

Osborn Corr. Instit.
Complete Prison Address (Place of Confinement)

335 Bilton Rd

Somers CT 06071

Case No. 3:13-CV-531 AWT
(To be supplied by the Court)

FILED 2013 APR 15 P 1:59 U.S. DISTRICT COURT NEW HAVEN, CT

v.

Warden Chapalaine, Respondent,
(Name of Warden or authorized person having custody of petitioner)
(Do not use *et al.*)

and

Cpt Godding, Additional Respondent.
(List additional persons having custody of petitioner, if any)

Note: If the applicant is attacking a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to attack, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION UNDER ATTACK

1) Name and location of the court which entered the judgment of conviction under attack _New Haven Superior Court   235 Church St.   New Haven Ct 06510_

2) Date judgment of conviction was entered _3/13/08_

3) Case number (in state court) _AC 30127_

4) Type and length of sentence imposed _11 Y_

5) Are you presently serving a sentence imposed for a conviction other than the conviction under attack in this motion?   Yes ___   No _✓_

6) Nature of the offense involved (all counts) _VOP x 2_

7) What was your plea? (check one)
Not Guilty _✓_  Guilty ___  Nolo Contendere ___

8) If you entered a guilty plea to one count or indictment, and a not guilty plea to another court or indictment, give details:

_____

9) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _____

10) Kind of trial (check one)   Jury ___   Judge only _✓_

11) Did you testify at trial?   Yes _✓_   No ___

2

## DIRECT APPEAL

12) Did you appeal from the judgment of conviction? Yes ✓ No __

13) If you did appeal, give the name and location of the court where the appeal was filed, the result, the case number and date of the court's decision (or attach a copy of the court's opinion or order): _Connecticut Appellete Court_ _Connecticut Supreme Court_

14) If you did not appeal, explain briefly why you did not:

a) Did you seek permission to file a late appeal? Yes __ No __

## POST-CONVICTION PROCEEDINGS

15) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes ✓ No __

16) If your answer to 15 was "Yes," give the following information:

   a) FIRST petition, application or motion.

   1. Name of court _New Haven Superior Court_

   2. Nature of proceeding _motion to correct illegal sentence Sec. 43-22 pb_

   3. Claims raised _mistaken identity_

   4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ✓ No __

   5. Result _was told trial court didnt have jurisdiction to correct illegal sentence_

3

6.    Date of result _3/21/12_

7.    Did you appeal the result to the highest state court having jurisdiction? Yes ___ No _✓_ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

8.    If you did not appeal, briefly explain why you did not _Tried, but was told by Appellete Court to file a Habeas Corpus petition_

**b) As to any SECOND petition, application or motion, give the following information:**

1.    Name of court _New Haven Superior Court_

2.    Nature of proceeding _different Superior Court to hear appeal of Sec. 43-22_

3.    Claims raised _mistaken identity_

_____

4.    Did you receive an evidentiary hearing on your petition, application or motion? Yes _✓_ No ___

5.    Result _was told trial court has no Jurisdiction_

6.    Date of result _10/7/12_

7.    Did you appeal the result to the highest state court having jurisdiction? Yes ___ No _✓_ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

_I tried, Appellete Court clerk told me to file habeas corpus petition_

4

8. If you did not appeal, briefly explain why you did not _____

c) As to any THIRD petition, application or motion, give the following information:
1. Name of court **Second Circut Court of Appeall's**
2. Nature of proceeding **motion for injunction relief**
3. Claims raised **mistaken identity**

4. Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ✓
5. Result **I need to start in united states district court**
6. Date of result **2/6/13**
7. Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___ If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order) ___

8. If you did not appeal, briefly explain why you did not _____

5

## CLAIMS

17) State concisely every claim that you are being held unlawfully. Summarize briefly the facts supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction under attack.

In order to proceed in federal court, you ordinarily must exhaust the remedies available to you in the state courts as to each claim on which you request action by the federal court.

Claim One: *my fingerprints never matched Kyle Collins, fingerprints*

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

*3/19/08 at Walker Constitution, my fingerprints also didn't match previous set of Kyle Collins fingerprints*

(2) Statement of exhaustion of state remedies as to claim one:

### Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ✓ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly

why you did not _____

### Post-Conviction Proceedings

6

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ✓ No ~~✗~~

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

Correct illegal sentence
Sec. 43-22 pb

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ✓ No __

(f) Did you appeal from the denial of your motion or petition?
Yes __ No ✓

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes __ No __, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)
appellate court clerk told me to file habeas corpus petition

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

### Other Remedies

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue
Filed direct appeal in appellate court, but the attorney appointed said she didn't agree, but i provided evidence (physical fingerprints taken at Walker Corr. institution)

7

Claim Two: Dr. Lee sent nurse to claim my (DNA), i was later told, it did not match Kyle Collins (DNA)

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim)

during manditory DNA collection at Garner CI i surrendered DNA happily, Later that month i thought i was going home, but it never cleared my conviction as Kyle Collins. Attorney Deborah Stevenson told me the same results, thats why i couldnt believe what she said in appeal.

(2) Statement of exhaustion of state remedies as to claim two:

Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ✓ No ___

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ✓ No ~~✗~~

(d) If your answer to (c) is "Yes," state the type of motion or petition, the

8

name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

new Haven Superior Court

10/7/12

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ✓ No ~~✗~~

(f) Did you appeal from the denial of your motion or petition?
Yes __ No ✓

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes __ No __, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision. (or attach a copy of the court's opinion or order)

_____

_____

_____

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____

appellate Court clerk told me file a Habeas Corpus petition.

### Other Remedies

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

filed direct appeal ct appellate court

ct Supreme Court.

motion for injunction relief
united states district court
bridgeport ct

Claim Three: _my physical health does not match Kyle Collins physical health_

(1) Supporting Facts: (Without citing legal authorities or argument state briefly the facts in support of this claim) _inclosed is documents of Kyle Collins physical/mental health alcohol/drug abuse Diabetes/Asthma Allergic to pen + other drugs_

(2) Statement of exhaustion of state remedies as to claim three:

Direct Appeal

(a) If you appealed from the judgment of conviction, did you raise this issue? Yes ✓ No __

(b) If you did not raise this issue in your direct appeal, explain briefly why you did not _____

Post-Conviction Proceedings

(c) Did you raise this issue by means of a post-conviction motion or petition for habeas corpus in a state trial court? Yes ✓ No __

(d) If your answer to (c) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if known), the result and the date of the court's decision

_Correct Illegal Sentence Sec 43-22 pb_

(e) Did you receive an evidentiary hearing on your motion or petition?
Yes ___ No ✓

(f) Did you appeal from the denial of your motion or petition?
Yes ___ No ✓

(g) If your answer to (f) is "Yes," state whether this issue was raised in the appeal, Yes ___ No ___, and state the name and location of the court where the appeal was filed, the case number and the date of the court's decision (or attach a copy of the court's opinion or order)

did not recieve Hearing as of yet in u.s. district court bridgeport

(h) If your answer to question (e), (f) or (g) is "No," briefly explain _____


Other Remedies

(i) Describe all other procedures (such as administrative remedies, etc.) you have used to exhaust your state remedies as to the issue

direct appeal ct. appellete court
ct. Supreme Court
motion for injunction relief
united states district court bridgeport ct,

18) Have all claims for relief raised in this petition been presented to the highest state court having jurisdiction? Yes ✓ No ___

19) If you answered "No" to question 18, state which claims have not been so presented and briefly give your reasons(s) for not presenting them _____


20) If any of the claims listed in this application were not previously presented in any other court, state or federal, state briefly what claims were not so presented, and give

11

your reasons for not presenting them _____
_____
_____

21) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction under attack? Yes ✓ No __

If "Yes," answer the following and attach a copy of the court's decision for each petition, application, or motion filed:

    a)     Name and location of court *united states district court 915 lafayette Boulevard Bridgeport ct 06604*

    b)     Type of proceeding *motion for injunction relief*

    c)     The issues raised *mistaken identity*

    d)     The result *have not gotten any answer Granted or denied*

### SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, *as amended* by Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 110 Stat. 1214 (Apr. 24, 1996).

22) If you are raising a claim which you have not presented in a prior application, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider the application? Yes __ No __
If "Yes," please attach a copy of the order.

23) Do you have any petition, application, motion or appeal now pending in any court, either state or federal, regarding the conviction under attack? Yes ✓ No __. If "Yes," state the name of the court, case file number (if known), and the nature of the proceeding *motion for injunction relief*

*united states district Court*
*915 lafayette Boulevard*
*Bridgeport Connecticut 06604*

## LEGAL REPRESENTATION

24) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

(b) At arraignment and plea ~~a~~ Catheren Tiekel Walter Bainsley IV

(c) At trial Walter Bainsley IV

(d) At sentencing Walter Bainsley IV

(e) On appeal ~~Cath~~ deborah Stevenson

(f) In any post-conviction proceeding pro-se

(g) On appeal from any adverse ruling in a post-conviction proceeding pro se

## OTHER CONVICTIONS

25) Were you sentenced on more than one count of an indictment or on more than one indictment, in the same court and at the same time? Yes ___ No ✓

26) Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ___ No ✓

(a) If so, give name and location of court which imposed sentence to be served in the future _____

13

(b) and give date and length of service to be served in the future _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ___ No ___

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

_____
Petitioner's Original Signature *alex Morales*

_____
Petitioner's Inmate Number 140662

_____
_____
Attorney's Full Address and Telephone Number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __OCI__ on _____.
       (Location)       (Date)

_____
Petitioner's Original Signature *alex Morales*

the following address:

Office of the Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

7. You must furnish an original of all motions, pleadings, correspondence or other documentation submitted to the court for filing and consideration. In addition, you must furnish the respondent(s) or his or her attorney with a copy of all such documents submitted to the court. Each original document (except the original habeas corpus petition) must include a certificate of service stating the date a copy of the document was mailed to the respondent(s) or his or her attorney and the address to which it was mailed. Any document received which fails to include a certificate of service may be disregarded by the court or returned. An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to
_____ (respondent(s) or counsel for respondent(s))
at _____ (address) on _____, 19___.

*alef Morales*
Original Signature of Petitioner

8. The United States District Judges, the United States Magistrate Judges, the clerk of the court, deputy clerks and staff attorneys are officers of the court and are prohibited from giving legal advice. Legal questions should be directed to an attorney, the Office of the Public Defender, or the Inmates' Legal Assistance Program.

9. Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.