```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


ALEX MORALES                    :
                                :              PRISONER
      v.                        :       Case No. 3:13cv531(AWT)
                                :
CHAPDELAINE, et al.             :
```

## ORDER TO SHOW CAUSE

Upon the petition of Alex Morales, received by the court on April 15, 2013, it is hereby

**ORDERED** that the respondents file a response on or before **May 30, 2013** as to why the relief prayed for in the petition for writ of habeas corpus should not be granted, and it is

**ORDERED** that the Clerk serve this petition by delivering a copy of this order and a copy of the petition and all attachments to respondents' representative, Jo Anne Sulik, Supervisory Assistant State's Attorney, Office of the Chief State's Attorney, on or before **May 1, 2013**.

```
                                        /s/AWT
                                Alvin W. Thompson
                                United States District Judge
```

Dated this 22nd day of April 2013 at Hartford, Connecticut.