UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ALEX MORALES,** | : | **PRISONER** |
| *Petitioner* | : | CASE NO. 3:13cv00531 (AWT) |
| | : | |
| **V.** | : | |
| | : | |
| **CHAPDELAINE, ET AL. ,** | : | |
| *Respondents* | : | May 31, 2013 |

### RESPONDENTS' MOTION FOR A HEARING

Pursuant to Rule 8 of the Rules Governing Section 2254 Cases, the respondents respectfully request this Court to order a preliminary hearing concerning the petitioner's claims in the § 2254 petition. In his petition, the petitioner claims that he is not the person for whose conviction he is incarcerated, i.e. Kyle Collins.[1] The Connecticut Department of Correction confirms that a DNA sample from Collins is on record, having been taken in 1999. The respondents are unaware whether this petitioner has ever submitted an additional DNA sample to enable comparison. Accordingly, the respondents request the Xourt to order a hearing for the petitioner to submit a buccal swab DNA sample to a State Inspector in the presence of the Court to have that sample transported to the State Forensic Lab for comparison with Kyle Collins' known DNA sample. It appears that the petitioner filed his § 2254 petition outside the AEDPA one-year limitations period. 28 U.S.C. § 2244(d)(1). However, he is also asserting an "actual innocence" claim. *See McQuiggin v. Perkins*, ___ U.S. ____ (05/28/2013). Accordingly, before proceeding further, and in the interests of justice, the respondents

---

[1] In fact, that was his entire claim during the violation of probation proceedings and subsequent appeal.

1

believe that the most practical step at this stage of this federal habeas action is to determine whether Alex Morales is, in fact, Kyle Collins through DNA comparison.

WHEREFORE, the respondents hereby move this court for a hearing to collect a sample of the petitioner's DNA for comparison to that of Kyle Collins.

                                  Respectfully submitted,
                                  RESPONDENTS

                                  /s Tamara A. Grosso

By: _____
     TAMARA A. GROSSO
     Deputy Assistant State's Attorney
     Civil Litigation Bureau
     Office of the Chief State's Attorney
     300 Corporate Place
     Rocky Hill, Connecticut 06067
     Tel. No. (860) 258-5887
     Fax No. (860) 258-5968
     E-mail: Tamara.Grosso@ct.gov
     Federal Bar No. ct 27294

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, first class postage prepaid, to Kyle Collins, a.k.a. Alex Morales, Inmate No. 140662, Osborn Correctional Institution, 335 Bilton Road, P.O. Box 100 Somers, Connecticut 06071 on May 31, 2013.

                                  /s Tamara A. Grosso

                                  _____
                                  TAMARA A. GROSSO
                                  Deputy Assistant State's Attorney