```
                    United States District Court
                      District of Connecticut
```

```
------------------------------x
                              :
ALEX MORALES,                 :
                              :
            Petitioner,       :
                              :
v.                            :     CASE NO. 3:13-CV-531(AWT)
                              :
CHAPALAINE and GODDING,       :
                              :
            Respondents.      :
                              :
------------------------------x
```

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   Warden
      Osborn Correctional Institution
      335 Bilton Road, PO BOX 100
      Somers, CT 06071

YOU ARE HEREBY COMMANDED to have the body of Alex Morales a/k/a Kyle Collins (Inmate No. 140662) now detained under your custody, produced before Honorable Alvin W. Thompson, United States District Judge for the District of Connecticut, at 450 Main Street, Hartford, CT, on August 28, 2013, at 11:00 AM and from time to time thereafter as the case may be adjourned, and immediately thereafter the said will be returned under safe and secure conduct.

Dated at Hartford, Connecticut on August 22, 2013.

                            _____/s/AWT_____
                                Alvin W. Thompson
                             United States District Judge