UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER / HABEAS

| | |
|---|---|
| ALEX MORALES,<br>    Petitioner | CASE NO. 3:13cv00531 (AWT) |
| V. | |
| CHAPDELAINE, ET AL.,<br>    Respondents | August 23, 2013 |

**RESPONDENTS' MOTION TO DISMISS 28 U.S.C. § 2254 PETITION AS UNTIMELY**

The respondent hereby respectfully moves this Court to dismiss the 28 U.S.C. § 2254 petition is untimely pursuant to 28 U.S.C. §2244(d), because the petition was not timely filed within the one-year limitation period which applies to the filing of an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a state court. As set forth in the accompanying memorandum of law, the federal petition was not filed until more than two years following the date his judgment became final.[1]   Accordingly, the § 2254 petition should be dismissed.

Respectfully submitted,
RESPONDENTS

By: _____
TAMARA A. GROSSO
Deputy Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
Tel. No. (860) 258-5887
Fax No. (860) 258-5968
E-mail: Tamara.Grosso@ct.gov
Federal Bar No. ct 27294

---

[1] Counsel for the respondents only recently realized that the federal petition is untimely.

## CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, first class postage prepaid, to Kyle Collins, a.k.a. Alex Morales, Inmate No. 140662, Osborn Correctional Institution, 335 Bilton Road, P.O. Box 100 Somers, Connecticut 06071 on August 23, 2013.

_____
TAMARA A. GROSSO
Deputy Assistant State's Attorney