Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____  RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS FROM: _____ TO: _____

RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. _____

_____

vs

_____

_____
Plaintiff's Counsel

_____
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. # ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____