UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Alex Morales

vs.

Chapdelaine, et al

3:13-cv-531  (AWT)

## ORDER RETURNING SUBMISSION

The Clerk has received your Notice of Appeal; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ☐ L.R.5(c)
   ☐ No certificate of service attached to document
   ☐ Certificate of service fails to list names and addresses of all parties served
   ☐ Certificate of service is not signed

2. ☐ L.R. CV 5(e)
   ☐ Failure to submit document under seal
   ☐ Sealing envelope not provided
   ☐ Sealing envelope does not contain case information
   ☐ Sealing envelope does not contain description of sealed document/motion

3. ☐ L.R.10
   ☐ Failure to sign document (original signature)
   ☐ Failure to double space
   ☐ Margin is not free of printed matter
   ☐ Left hand margin is not one inch;
   ☐ Judge's initials do not appear after the case number
   ☐ Docket number is missing
   ☐ Failure to supply federal bar number

4. ☐ L.R. CR 57(b)5
   ☐ Failure to submit document under seal
   ☐ Sealing envelope not provided
   ☐ Sealing envelope does not contain case information
   ☐ Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. Other   Attorney David N. Rosen has been appointed to represent you, therefore, he should be filing documents on your behalf. We are returning paperwork that was forwarded from the Second Circuit Court of Appeals.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

Nov. 7, 2013
Date

/s/ Alvin W. Thompson, USDJ
United States District Judge

( JP )