## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALEX MORALES      :
(aka KYLE COLLINS)    :  **CASE NO. 3:13cv00531 (AWT)**
   Petitioner      :
            :
**V.**           :
            :
**CHAPDELAINE, ET AL.,**    :
   **Respondents**     :  **November 15, 2013**

### RESPONDENT'S MOTION TO ALLOW ELECTRONIC FILING

Now comes the Respondent and moves this honorable court for permission to allow electronic filing in this habeas action.   In support of this motion, the Respondent submits the following:

1) On April 15, 2013, the petitioner filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

2) On April 22, 2013, this Court issued an order to show cause directing the respondent to file a response to the petition by May 30, 2013.

3) On May 31, 2013, the respondent filed a motion for extension of time until August 2, 2013 to file a response to the federal petition.

4) On June 3, 2013, the respondent filed a motion for a hearing to collect the petitioner's DNA since the only claim in the federal petition is of mistaken identity.

5) The court, *Thompson, U.S.D.J.*, granted the motion for hearing on June 5, 2013 and referred the matter to the Honorable Judge Donna Martinez, Magistrate Judge, to set a hearing date.   Judge Martinez set oral argument

on the respondent's motion for hearing and ordered the respondent to "submit a brief setting forth legal authority for their discovery request." (Doc. 15).

6) Thereafter, on August 5, 2013, the respondent moved to vacate the order setting the hearing, which the court granted on August 20, 2013.

7) On August 23, 2013, in response to the court's order to show cause, the respondent filed a motion to dismiss the § 2254 petition as, *inter alia*, wholly unexhausted.

8) On August 28, 2013, the undersigned counsel for respondent and the *pro se* petitioner appeared before the Honorable Alvin W. Thompson, Chief United States District Judge, for a status conference. At that hearing, the court ordered that counsel be appointed for the petitioner to resolve the issue of DNA testing and the merits of his claim in the § 2254 petition.

9) On September 3, 2013, the court, *Thompson, U.S.D.J.*, appointed Attorney David N. Rosen to represent the petitioner, who subsequently entered his appearance in this matter.

10) The undersigned has contacted petitioner's counsel, who **does** **not** object to this motion.

[*Continued on Following Page*]

WHEREFORE, because the petitioner is now represented by counsel, the respondent hereby moves this court for an order permitting electronic filing as to all future documents to be filed in this case.

Respectfully submitted,
RESPONDENT

By: _____
TAMARA A. GROSSO
Deputy Assistant State's Attorney
Office of the Chief State's Attorney
Civil Litigation Bureau
300 Corporate Place
Rocky Hill, CT   06067
(860) 258-5887
(860) 258-5968 (fax)
Tamara.Grosso@ct.gov
ct 27294

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first-class, to James McGuire, Esq., David Rosen & Associates, P.C., 400 Orange Street, New Haven, CT 06511, on November 15, 2013.

_____
Tamara A. Grosso, DASA

3