UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*PRISONER / HABEAS*

ALEX MORALES
(aka KYLE COLLINS)
    Petitioner

CASE NO. 3:13cv00531 (AWT)

V.

CHAPDELAINE, ET AL.,
    Respondents

November 15, 2013

## CONSENT MOTION FOR COURT ORDER

The parties in this Federal habeas action hereby jointly request the District Court to issue an Order to the Connecticut Commissioner of Correction, as follows:

    All documents and printed records relating to fingerprints, aliases, and DNA samples of inmate 140662, known as "Kyle Collins", contained in his Department of Correction Master File.

    All medical records for inmate 140662 documenting scars, tattoos, and chronic medical conditions from the time of the inmate's first admission to the present.

    A computer printout documenting all disciplinary actions and the dates such actions were taken for inmate 140662 from the time of the inmate's first admission to the present.

    A list of all visitors for inmate 140662, and a computer printout of the dates for such visits.

**WHEREFORE**, the parties, having consented to the foregoing release of such information, request the District Court to issue the above Order to the Commissioner of Correction, directing the Record Official of the Department of Correction to issue said documents under seal to the Honorable Alvin W. Thompson, Chief United States District Judge, United States District Court for the District of Connecticut, Hartford, Connecticut.

Respectfully submitted,
                            RESPONDENT

By:      _____
         TAMARA A. GROSSO
         Deputy Assistant State's Attorney
         Office of the Chief State's Attorney
         Civil Litigation Bureau
         300 Corporate Place
         Rocky Hill, CT  06067
         (860) 258-5887
         (860) 258-5968 (fax)
         Tamara.Grosso@ct.gov
         ct 27294


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first-class, to James McGuire, Esq., David Rosen & Associates, P.C., 400 Orange Street, New Haven, CT 06511, on November 15, 2013.

_____
Tamara A. Grosso, DASA

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER / HABEAS

ALEX MORALES
(aka KYLE COLLINS)
    Petitioner

V.

CHAPDELAINE, ET AL.,
    Respondents

CASE NO. 3:13cv00531 (AWT)

## PROPOSED ORDER

The Court, having considered the parties' consent motion, hereby Orders the motion GRANTED, as follows:

The Connecticut Commissioner of Correction shall direct the Record Official for the Connecticut Department of Correction to expeditiously release the following documents, **under seal** and referencing the above-captioned case, to the Honorable Alvin W. Thompson, Chief United States District Judge, United States District Court for the District of Connecticut, 450 Main Street, Suite 240, Hartford, Connecticut 06103, (860) 240-3224:

> All documents and printed records relating to fingerprints, aliases, and DNA samples of inmate 140662, known as "Kyle Collins", contained in his Connecticut Department of Correction Master File.
>
> All medical records for inmate 140662 documenting scars, tattoos, chronic and medical conditions from the time of the inmate's first admission to the present.
>
> A computer printout documenting all disciplinary actions and the dates such actions were taken for inmate 140662 from the time of the inmate's first admission to the present.
>
> A list of all visitors for inmate 140662, and a computer printout of the dates for such visits.

SO ORDERED, this _____ day of November, 2013.


By: _____
ALVIN W. THOMPSON
Chief United States District Judge