UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRISONER / HABEAS

| | | |
|---|---|---|
| ALEX MORALES | : | |
| (aka KYLE COLLINS) | : | CASE NO. 3:13-cv-531 (AWT) |
|     Petitioner | : | |
| | : | |
| V. | : | |
| | : | |
| CHAPDELAINE, ET AL., | : | |
|     Respondents | : | March 5, 2014 |

## RESPONDENT'S MOTION TO COMPEL

Now comes the Respondent and moves this honorable Court for an order directing the petitioner to surrender a DNA sample to a State Inspector within two weeks of the date of the Court's order.  Prior to counsel being appointed, counsel for the respondent and the *pro se* petitioner appeared before this Court, *Thompson, J.*, whereupon the petitioner informed the Court that he was not Kyle Collins, the person who violated his probation for the underlying sexual assaults.   Counsel for the respondent informed the Court that the petitioner had failed to pursue his state remedies provided by statute for comparison of DNA to prove his identity.

At the underlying probation hearing in state court, the petitioner had requested additional time to have his DNA tested for comparison to that of Kyle Collins, which the Superior Court did not permit.   In this federal habeas action, the Court inquired whether DNA testing would resolve the identity issue, which counsel for the respondent agreed it likely would.   Thus, the Court appointed current counsel for the petitioner to expedite that process.   To date, the petitioner has not cooperated with providing a sample of his DNA. Accordingly, the respondent moves this honorable Court for an order directing the

1

petitioner to submit a DNA sample to a State Inspector within two weeks of the Court's order or the action will be dismissed.

Respectfully submitted,
RESPONDENT

/s *Tamara A. Grosso*
By: _____
TAMARA A. GROSSO, DASA
Office of the Chief State's Attorney
Civil Litigation Bureau
300 Corporate Place
Rocky Hill, CT   06067
(860) 258-5887; (860) 258-5968 (fax)
Fed. No. ct 27294
Tamara.Grosso@ct.gov

## CERTIFICATION

I hereby certify that on March 5, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s *Tamara A. Grosso*
_____
Tamara A. Grosso, DASA

2