UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEX MORALES | : | |
| v. | : | CASE NO. 3:13CV531 (AWT) |
| CHAPALAINE and GODDING | : | |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, OR WARDEN AT OSBORNE CORRECTIONAL INSTITUTION, 335 BILTON ROAD, SOMERS, CONNECTICUT:

You are hereby commanded to present the body of Alex Morales, a/k/a Kyle Collins, inmate number 140662, now detained in your custody, produced before the Honorable Alvin W. Thompson, United States District Judge for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on September 3, 2014 at 11:00 a.m., and from time to time thereafter as the case may be adjourned to and immediately after said testimony has been concluded, return said Alex Morales to the Osborne Correctional Institution under safe and secure conduct.

The foregoing writ is hereby allowed. Dated at Hartford, Connecticut, this 2nd day of September, 2014.

/s/   AWT
Alvin W. Thompson
United States District Judge

ROBIN D. TABORA, CLERK
UNITED STATES DISTRICT COURT

*Sandra Smith*
DEPUTY CLERK