AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

Alex Morales
V.
Warden Chapalaine, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  3:13CV531  AWT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Rosen, Maguire | Grosso |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/3/14 | Thompson | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/3/14 | | | Roger Dobris, New Haven, CT |
| 2 | | 9/3/14 | | | JoAnn Schaller, Rocky Hill, CT |
| 3 | | 9/3/14 | | | America Pupoperez, Middletown, CT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages