AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

Alex Morales
V.
Warden Chapalaine, et al.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:13CV531 AWT

| PRESIDING JUDGE  Thompson | PLAINTIFF'S ATTORNEY  Rosen, Maguire | DEFENDANT'S ATTORNEY  Grosso |
|---|---|---|
| TRIAL DATE (S)  9/3/14 | COURT REPORTER  Thompson | COURTROOM DEPUTY  Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 9/3/14 | Fingerprint Chart for Kyle Collins |
| 2 | | | | 9/3/14 | Fingerprint Chart for Alex Morales |
| 3 | | | | 9/3/14 | Fingerprint Chart for Alex Morales a/k/a Kyle Collins |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages