AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

Alex Morales
V.
Warden Chapalaine, et al.

# EXHIBIT AND WITNESS LIST

Case Number:  3:13CV531  AWT

| PRESIDING JUDGE Thompson | | | PLAINTIFF'S ATTORNEY Rosen, Maguire | | DEFENDANT'S ATTORNEY Grosso |
|---|---|---|---|---|---|
| TRIAL DATE (S) 9/3/14 | | | COURT REPORTER Thompson | | COURTROOM DEPUTY Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 |  |  | 9/3/14 | 8/20/14 Hearing Transcript - State of CT v. Kyle Collins |
|  | 2 |  |  | 9/3/14 | Fingerprint Cards dtd 3/19/14 (admitted UNDER SEAL) |
|  | 3 |  |  | 9/3/14 | Report of Investigation - Collins/Morales |
|  | 4 |  |  | 9/3/14 | Report of Investigation - Collins/Morales (same as exhibit #3) |
|  | 5 |  |  | 9/3/14 | Report of Investigation - Buccal swabs taken to lab 4/8/14 |
|  | 6 |  |  | 9/3/14 | Evidence Return Receipt dtd 5/7/14 |
|  | 7 |  |  | 9/3/14 | Report of Investigation dtd 5/3/14 - Buccal Swab Return & lab reports |
|  | 8 |  |  | 9/3/14 | Investigative Information Notification dtd 4/22/14 |
|  | 9 |  |  | 9/3/14 | Internal Chain of Custody Report dtd 7/25/14 |
|  | 10 |  |  | 9/3/14 | Fingerprint Card for Kyle Collins |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages